United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MULE SKY LLC, *et al.,* | ) | Case No. 20-35561 (DRJ) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | (Formerly Jointly Administered under Lead Case Gulfport Energy Corporation, 20-35562) |
| | | **Re: Docket No. 10** |

## ORDER GRANTING JACKSON WALKER LLP'S SECOND INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 13, 2020 THROUGH APRIL 27, 2021

CAME ON FOR CONSIDERATION, the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period November 13, 2020 Through April 27, 2021* (the "Application")[1] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed interim compensation for attorneys' fees in the amount of $353,499.50 and interim reimbursement of $3,259.48 incurred from February 1, 2021 through April 27, 2021; it is further

ORDERED, that JW is hereby allowed final compensation of fees in the amount of $765,173.50 an final allowance and reimbursement of expenses in the amount of $7,334.20 incurred from November 13, 2020 through April 27, 2021; it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $765,173.50 |
| Total Expenses Requested: | $7,334.20 |
| **Total Requested in this Application:** | **$772,507.70** |
| Amount Paid for Monthly Fee Statements: | $701,807.80 |
| **Total Fees and Expenses Due:** | **$70,699.90** |

**Signed: August 23, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE