UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 20-35561 |
|---|---|---|---|

IN RE: MULE SKY LLC, et al.

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy D. Martin<br>Roetzel & Andress, LPA<br>222 South Main Street<br>Akron, Ohio 44308<br>330-849-6611//jmartin@ralaw.com<br>Ohio 0098878//West Virginia 13848<br>Ohio Southern and Northern Districts; West Virginia Northern District |
| Name of party applicant seeks to appear for: | Ray Norris, individually and as Trustee of the Ray Norris Trust U/A dated March 11, 2014 and Janice K. Emrick, as Trustee of the June E. Norris Trust U/A dated March 11, 2014 |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6/14/2023     Signed: [signature]

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States District Judge